No. 166. DOBRY *v.* IOWA. Motion submitted September 10, 1934. Decided October 8, 1934. *Per Curiam:* The motion of the appellee to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a properly presented federal question. *Bowe* v. *Scott,* 233 U. S. 658, 664, 665; *Layton* v. *Missouri,* 187 U. S. 356, 358, 361; *Jacobi* v. *Alabama,* 187 U. S. 133, 135; *Kipley* v. *Illinois,* 170 U. S. 182, 187; *Miller* v. *Cornwall R. Co.,* 168 U. S. 131, 134; *Porter* v. *Foley,* 24 How. 415; *New York ex rel. Sackett* v. *Lynch,* 291 U. S. 652; 292 U. S. 604. *Mr. Emmet F. Byrne* for appellant. *Mr. J. M. Parsons* for appellee.